IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**  CASE NO. 22-16525-AJC
**HUGO ANDRES VINAGERA**  CHAPTER 13

    **Debtors,**
_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITORS: THIS IS AN OBJECTION TO YOUR CLAIM**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING (SEE LOCAL RULE 3015-3(A)(2))**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedite hearing on this objection will be schedule on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(b)(2).

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtors object to the following claim filed in this case:

| CLAIM NO. | NAME OF CLAIMANT | BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION |
|---|---|---|
| 4-1 | Greensky, LLC | Debtor, HUGO ANDRES VINAGERA, objects to Claim 4-1 filed on October 26, 2022, by GREENSKY, LLC. Debtor's ' schedule has a the lower amount of $10,001.00. Furthermore, the account history provided by the Creditor shows a finance charge credit of $2307.69 on May 18, 2021, but on the same date, there is Currency Conversion Charge of $2307.69. These transactions |

|  |  | are not clear. Therefore, the claim should be reduced to $11,634.00.. Debtor HUGO ANDRES VINAGERA, requests the following disposition: reduce the amount of Claim 4-1 to $11,634.00. |
|---|---|---|

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: November 15, 2022

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.:22-16525-AJC**

**Sent Via Electronic Service**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via Electronic Service**
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Sent via Email**
**Greensky, LLC**
**Attn: Scott Fredey – Executive Correspondence**
1797 North East Expressway, Ste 100
Atlanta, GA 30329-3614

**Sent via US Mail**
**Hugo A. Vinagera**
6700 White Oak Drive
Hialeah, FL 33014