

**ORDERED in the Southern District of Florida on February 7, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.: 22-16525-PGH** |
| **HUGO ANDRES VINAGERA** | **CHAPTER 13** |
| Debtors, | |
| _____/ | |

**ORDER CONTINUING OBJECTION TO CLAIM 4-1 OF GREENSKY, LLC, DE 31**

   **THIS CASE** came on to be heard on January 31, 2023, during the Chapter 13 Motion Consent Calendar, on the Debtor's Objection of GREENSKY, LLC [4-1], DE 31 and due to service issues on Amended Notice of Hearing (DE 45), it is

  **ORDERED** as follows:

1. The Court shall conduct a continued hearing on the Objection to POC 4-1 on February 28, 2023, at 9:00 am solely by videoconference. To participate in the hearing remotely

    via Zoom (whether by video or telephone), you must register in advance no later 3:00 p.m., one business day before the date of the hearing.

2. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItceGvqjwvGuYOQXCxWlKycEb1w9LKba4.

3. If a party is unable to register online, please contact Susan Gutierrez, Courtroom Deputy, at 305-714-1778, or email Susan_Gutierrez@flsb.uscourts.gov.

4. All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com


Ricardo Corona, Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon the receipt of this Order and shall file a certificate of service with the Clerk of Court.