**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**IN THE MATTER OF:**                                  Case No. 22-16525-PGH
                                                       Chapter 13
**Hugo Vinagera**

Debtor
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the Order Continuing Objection to Claim of Greensky, LLC [# 4-1], DE 49 and the Objection to Claim of Greensky, LLC [ #4-1], DE 31, were sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 8th day of February 2023.

CORONA LAW FIRM, P.A

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com

**Credit Mailing Matrix**
**Case No.:22-16525-PGH**

**Sent Via Electronic Service**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via Electronic Service**
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Sent via Email and US Mail**
**Greensky, LLC**
**Attn: Scott Fredey – Executive Correspondence**
1797 North East Expressway, Ste 100
Atlanta, GA 30329-3614

**Sent via US Certified Mail**
**Tim Kaliban – President**
**Greensky, LLC**
5565 Glenridge Connector, Suite 700
Atlanta, GA 30342

**Sent via US Mail**
**Greensky, LLC**
**c/o National Registered Agents, Inc. – Registered Agent**
289 S. Culver Street
Lawrenceville, GA 30046-4805

**Sent via US Mail**
**Hugo A. Vinagera**
6700 White Oak Drive
Hialeah, FL 33014